BEFORE THE FIRST DIVISION, MARCH 4, 1942

**No. 46996.**—Protests 913804–G, etc., of E. E. Holler (Nogales).

Opinion by OLIVER, P. J. It was stipulated between counsel that the fish livers in question are similar to those the subject of Abstracts 38801 and 38915. In accordance therewith the claim for free entry under paragraph 1669 was sustained.